UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WMT BRASILIA S.A.R.L.,<br><br>DEFENDANT. | Case No. 1:19-cr-192 |

**FINANCIAL DISCLOSURE STATEMENT**

Pursuant to Local Criminal Rule 12.4, Defendant WMT Brasilia S.a.r.l. states that it is a wholly owned subsidiary of Walmart Inc., which is publicly traded. Walmart Inc. has two majority-owned subsidiaries that are also publicly held:

(1.) Wal-Mart de Mexico, S.A.B. de C.V. (a Mexican corporation)

(2.) Massmart Holdings Ltd. (a South African corporation)

Defendant WMT Brasilia S.a.r.l. has nothing to report under Eastern District of Virginia Local Rules 12.4(A)(1)(b) or 12.4(A)(2).

Dated: June 19, 2019

Respectfully submitted,

/s/ William G. Laxton, Jr.

William G. Laxton, Jr. (VA Bar No. 75110)
JONES DAY
51 Louisiana Avenue, NW
Washington, DC 20001
Tel: (202) 879-3836
Fax: (202) 626-1700
Email: wglaxton@jonesday.com

*Counsel for Defendant WMT Brasilia S.a.r.l.*

## **CERTIFICATE OF SERVICE**

A copy of the foregoing was filed on this 19th day of June 2019 with the Court via the CM/ECF system, causing it to be served on all CM/ECF users.

Dated:  June 19, 2019

*[signature]*

William G. Laxton, Jr. (VA Bar No. 75110)
JONES DAY
51 Louisiana Avenue, NW
Washington, DC 20001
Tel:  (202) 879-3836
Fax:  (202) 626-1700
Email:  wglaxton@jonesday.com

*Counsel for Defendant WMT Brasilia S.a.r.l.*